UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD GOLDMAN, | |
| Plaintiff, | 24-CV-7097 (AS) |
| -against- | |
| ELI WEISMAN et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

On January 23, 2026, plaintiff filed a motion to transfer venue to the United States District Court for the Central District of California. Dkt. 38. By **Friday, February 6, 2026**, defendants shall notify the Court whether they consent or object to plaintiff's motion.

SO ORDERED.

Dated: January 30, 2026
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge