UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD GOLDMAN,<br><br>                   Plaintiff,<br><br>      -against-<br><br>ELI WEISMAN et al.,<br><br>               Defendants. | 24-CV-7097 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

     Because plaintiff's counsel has been disbarred, the Clerk of Court is respectfully directed to terminate plaintiff's counsel from the docket. *See* Dkt. 23. Plaintiff is now proceeding pro se. *See* Dkt. 22.

       SO ORDERED.

Dated: April 2, 2026
     New York, New York

                                ARUN SUBRAMANIAN
                        United States District Judge